UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CHARLES A. BANKS, IV<br><br>　　　Defendant. | Civil Action Number<br>1:16-cv-03399 (TWT) |

**JOINT MOTION TO EXTEND THE DEADLINE FOR
FILING A PRELIMINARY REPORT AND DISCOVERY PLAN**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Charles A. Banks, IV ("Banks") respectfully ask the Court to extend the deadline for the parties to file a joint preliminary report and discovery plan until May 29, 2017.  In support of this motion, the parties state that they have reached an agreement in principle that resolves many of the issues in this case.  The parties need additional time, however, in order to finalize and file the settlement papers with the Court.

Dated: May 15, 2017　　　　　　Respectfully submitted,

/s/ Harry B. Roback
M. Graham Loomis (GA Bar No. 457868)
Harry B. Roback (GA Bar No. 706790)
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
Tel:(404) 942-0690
Facsimile:  (404) 842-7679
RobackH@sec.gov

Attorneys for Plaintiff

/s/ Marlon Q. Paz
Marlon Q. Paz (admitted *pro hac vice*)
**SEWARD & KISSEL LLP**
901 K Street NW
Washington, DC 20001
Telephone:  202-737-8833
Facsimile:  202-737-5184
paz@sewkis.com

-and-

Thad A. Davis (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street,
San Francisco, CA 94105-0921
Telephone:  415-393-8251
Facsimile:  415-374-8414
tdavis@gibsondunn.com


/s/ Stephen D. Councill
Dan F. Laney (Georgia Bar No. 435290)
Stephen D. Councill (Georgia Bar No. 190358)
Julia B. Stone (Georgia Bar No. 200070)
**ROGERS & HARDIN LLP**
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303

2

Telephone:  (404) 522-4700
Facsimile:  (404) 525-2224
dlaney@rh-law.com
scouncill@rh-law.com
jstone@rh-law.com


Attorneys for Defendant

## **CERTIFICATION OF COMPLIANCE**

  This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

         /s/ Harry B. Roback
         Harry B. Roback