IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff<br><br>v.<br><br>CHARLES A. BANKS, IV<br><br>    Defendant | CIVIL ACTION NO.<br>1:16cv3399-TWT |

O R D E R

Marlon Paz, counsel of record for defendant Charles A. Banks, IV, having moved to withdraw and having complied with the rules of this court in this regard,

IT IS HEREBY ORDERED that counsel for the above-named defendant be allowed to withdraw in this case.

The Court understands that defendant will continue to be represented by Thad Davis of Gibson Dunn & Crutcher.

SO ORDERED, this 15th day November, 2017.


　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE